9

United States District Court
Southern District of Texas
ENTERED

FEB 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO GAMEZ, JR. | § § § | |
| v. | § | CASE NO. B-97-100 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | § § § § | |

## ORDER

This Court has before it for consideration Plaintiff, Ernesto Gamez, Jr.'s, Motion for Trial Setting filed on January 11, 2000 and Plaintiff, Ernesto Gamez, Jr.'s, Motion to Set Aside Motion for Trial Setting filed on February 4, 2000. After review of the entire file and consideration of the same, it is the opinion of this Court that Plaintiff's Motion to Set Aside Motion for Trial Setting be **Granted**, and, therefore, Plaintiff's Motion for Trial Setting is **Moot**.

This Court also finds that this case was <u>stayed</u> by Magistrate John Black on June 2, 1997 and <u>transferred</u> to the District of New Jersey on July 11, 1997. An Order dated December 1, 1997 was signed by Judge Wolin of the U.S. District Court in New Jersey which enjoined the plaintiffs and dismissed Plaintiff, Ernesto Gamez, Jr.'s, case. Consequently, this Court finds that this case should be and is hereby **Dismissed with Prejudice**.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff, Ernesto Gamez, Jr.'s, Motion to Set Aside Motion for Trial Setting should be and is hereby **GRANTED**, making Plaintiff's Motion for Trial Setting **MOOT**.

It is further **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's lawsuit, which is

the above entitled and numbered cause should be and is hereby **DISMISSED WITH PREJUDICE** because of the Order dated December 1, 1997 and signed by Judge Wolin of the U.S. District Court in New Jersey which enjoined the plaintiffs and dismissed Plaintiff, Ernesto Gamez, Jr.'s, case.

DONE this 11th day of February, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge

Page 2 of 2